AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT COURT
OF GEORGIA SAVANNAH DIVISION

BRANDON TARELL JOHNSON
_____Petitioner_____

v.

UNITED STATES OF AMERICA
_____Respondent_____
*(name of warden or authorized person having custody of petitioner)*

Case No. _____
(Supplied by Clerk of Court)

CV422 161

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: BRANDON TARELL JOHNSON
    (b) Other names you have used: _____
2.  Place of confinement:
    (a) Name of institution: UNITED STATES PENITENTIARY - Pollock
    (b) Address: P.O. Box 2099
        Pollock, LA 71467
    (c) Your identification number: # 21909-021
3.  Are you currently being held on orders by:
    ☑ Federal authorities     ☐ State authorities     ☐ Other - explain:
    _____

4.  Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)

    ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

    If you are currently serving a sentence, provide:

      (a) Name and location of court that sentenced you: FEDERAL COURT, 124 BARNARD STREET, SAVANNAH, GA 31401
      (b) Docket number of criminal case: 4:17CR00003-1
      (c) Date of sentencing: July-25-2017

    ☐ Being held on an immigration charge

    ☐ Other *(explain)*: _____
    _____
    _____

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:

    ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other (explain): _____

_____

6.    Provide more information about the decision or action you are challenging:

(a)  Name and location of the agency or court: _____

(b)  Docket number, case number, or opinion number: _____

(c)  Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

_____

_____

(d)  Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy? ·

☐ Yes             ☑ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: _____

_____

(2)  Date of filing: _____

(3)  Docket number, case number, or opinion number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

(b)  If you answered "No," explain why you did not appeal: *I WAS TOLD BY MY CASE MANAGER AT USP-CANAAN THAT I COULD NOT APPEAL.*

8.    **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes             ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: *I WAS TOLD BY MY CASE MANAGER AT USP-CANAAN THAT I COULD NOT APPEAL.*

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes        ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: *I WAS TOLD BY MY CASE MANAGER AT USP-CANAAN THAT I COULD NOT APPEAL.*

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes        ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes        ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

(b)  Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes    ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

(c)  Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: I'm NOT TRYING TO VACAT OR DISMISS I'm TRYING TO GET my full JAIL CREDIT FROM THE FIRST DAY I GOT INCARCERATED WHICH IS "JUNE-1-2016" NOT "JUNE-1-2017"

11.  **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes    ☑ No

If "Yes," provide:

(a)  Date you were taken into immigration custody: _____

(b)  Date of the removal or reinstatement order: _____

(c)  Did you file an appeal with the Board of Immigration Appeals?

☐ Yes    ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised:

(d)    Did you appeal the decision to the United States Court of Appeals?

☐ Yes            ☑ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

(4) Result:

(5) Date of result:

(6) Issues raised:

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes            ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** *JUDGE WILLIAM T. MOORE JR RECOMMEND I BE GIVEN FULL JAIL CREDIT.*

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

*IN MY JUDGMENT OF COMMITTMENT THE JUDGE, WILLIAM T. MOORE JR RECOMMENDING I BE GIVEN FULL JAIL CREDIT FROM THE FIRST DAY OF MY INCARCERATION." JUNE -1-2016"*

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes          ☑ No

**GROUND TWO:** *MY STATE CASES FOR CHATAM COUNTY AND LIBERTY COUNTY WAS DISMISSED.*

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

*All FELON CASES FOR CHATAM COUNTY AND LIBERTY COUNTY WAS DISMISSED.*

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☑ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.):*

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## GROUND FOUR:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes          ☑ No

14.     If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15. State exactly what you want the court to do: I WANT THE COURT TO GRANT ME MY full JAIL CREDIT FROM THE VERY FIRST DAY I GOT INCARCERATED WHICH IS "JUNE-1-2016". I WAS ONLY GIVEN JAIL CREDIT FROM JUNE-1-2017 TO APRIL-26-2018, AND I HAVE BEEN INCARCERATED SINCE JUNE-1-2016, THANK YOU FOR YOUR TIME AND CONSIDERATION!!

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_JuNE- 23 - 2022_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _JuNE-23- 2022_

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

BRANDON TARELL JOHNSON
#21709-021
UNITED STATES PENITENTIARY - Pollock
P.O. Box 2099
Pollock, LA 71467

"LEGAL MAIL"

CLERK OF COURT
124 BARNARD STREET
SAVANNAH, GA 31401

SHREVEPORT LA
24 JUN 2022 PM

Georgia
U.S. Marshals Service
Savannah, Georgia

RECEIVED

31401-364299



"LEGAL MAIL"